**Larry JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 63641.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 14, 1993.

John Klosterman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion after an evidentiary hearing. We find no clear error. Rule 84.16(b)(2). We further find an opinion in this matter would have no precedential value and affirm by order. Rule 84.16(b). A memorandum has been provided to the parties for their use only.